IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAROL JANE KRIENS

        Plaintiff-,

v.                                                            CIV 11-0067 KBM/ACT

STEPHEN CHU, Secretary,
Department of Energy,

        Defendant-Movant.

# ORDER TO REASSIGN TO DISTRICT JUDGE

        This is a *pro se* civil rights matter transferred from the District of Alaska, where Plaintiff currently resides.  *See Docs. 1, 4, 8.*  Plaintiff is now retired from her position as a safety analyst with the United States Department of Energy "Los Alamos Site Office."  *See Doc. 1* at 3.  She contends she was denied equal pay based on her gender, received a right to sue letter from the EEOC, and seeks to have her retirement recalculated at a higher pay rate.  *See id.* at 3, 7.

        Plaintiff filed a motion that seeks a default judgment on the grounds that Defendant did not answer the summons she contends she mailed to Defendant Chu in Washington, D.C., and to the United States Attorneys in

Washington, D.C. and New Mexico on April 9, 2011.  *See Doc. 9.*  Because I do not have authority to rule on dispositive motions absent the consent of all the parties, the Clerk should reassign the matter to a district judge.

    IT IS SO ORDERED.


_____
UNITED STATES CHIEF MAGISTRATE JUDGE